```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10                                    )
                                      )
11  UNITED STATES OF AMERICA,         )   CASE NO. 1:11-cr-00235 LJO
                                      )
12            Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE AND ORDER
13       v.                           )
                                      )
14  SOMSACK THOULY SOYINTHISANE, ET   )
    AL.,                              )   DATE: November 14, 2012
15                                    )   TIME: 1:00 P.M.
              Defendants.             )   PLACE: Courtroom Four
16  _____   )   Honorable Lawrence J. O'Neill
```

17    IT IS HEREBY STIPULATED by and between the parties through

18 their respective counsel, that the current status conference set

19 for October 28, 2011, at 9:00 a.m., be continued to November 14,

20 2011, at 1:00 p.m. before the Honorable Lawrence J. O'Neill,

21 United States District Court Judge.

22    The parties further stipulate and agree that the time between

23 October 28, 2011, and November 14, 2011 be excluded from the

24 calculation of time under the Speedy Trial Act.  The parties

25 stipulate that the ends of justice are served by the Court

26 excluding such time, so that counsel for the defendant may have

27 time necessary for effective preparation, taking into account the

28 exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

Specifically, additional reports that the government expected to have by this time have been requested but not received. Additionally, there has been difficulty converting some of the electronic discovery to a format that can be opened and copied for the defense. The government is working to resolve this. The lab reports significantly impact on the determination of the guidelines in this matter and although requested, the report has not been received. The parties need time to review the discovery so the offers can be evaluated. The parties will be prepared to enter a plea, set a change of plea hearing, or set a trial date at the next hearing.

The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A).

DATED: October 27, 2011        BENJAMIN B. WAGNER
                               United States Attorney


                               By /s/Laurel J. Montoya
                                  LAUREL J. MONTOYA
                               Assistant U.S. Attorney

DATED: October 27, 2011        /s/ Daniel Harralson
                               DANIEL HARRALSON
                               Attorney for Defendant
                               Somsack Thouly Soyinthisane


DATED: October 27, 2011        /s/ Robert Wilkinson
                               ROBERT WILKINSON
                               Attorney for Defendant
                               George Rivera


DATED: October 27, 2011        /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant
                               Jose Antonio Guzman

| | | |
|---|---|---|
| DATED: October 27, 2011 | | /s/ Barbara Hope O'Neill |
| | | BARBARA HOPE O'NEILL |
| | | Attorney for Defendant |
| | | Juan Manuel Torres-Zaragoza |

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of October 24, 2011 (the time between Oct 24 and 28 is excluded administratively for good cause, due to the reassignment of the case from retired Senior District Judge Wanger to the undersigned) at 9:00 a.m. be continued to November 14, 2011 at 1:00 p.m. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

At the next hearing on November 14, the case will be either pled or set for trial. That hearing will be the 4th status hearing.

IT IS SO ORDERED.

**Dated:    October 27, 2011**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE