| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LAUREL J. MONTOYA<br>Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00235-LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; ORDER |
| v. | |
| SOMSAK THOULY SOYINTHISANE, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant SOMSAK THOULY SOYINTHISANE, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing on October 1, 2012 at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing until December 10, 2012 at 8:30 a.m. The parties agree and stipulate that additional time is needed to prepare for the sentencing hearing.

IT IS SO STIPULATED.

DATED: September 27, 2012     /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney

Soyinthisane Stipulation and Proposed Order

1

DATED:  September 27, 2012        /s/ Daniel Harralson
                                  DANIEL HARRALSON
                                  Attorney for Defendant Soyinthisane

O R D E R

IT IS SO FOUND AND ORDERED this 27 day of September, 2012.


                                  /s/ Lawrence J. O'Neill_____
                                  HON. LAWRENCE J. O'NEILL
                                  UNITED STATES DISTRICT JUDGE