BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00235-LJO |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING;ORDER |
| v. | |
| SOMSAK THOULY SOYINTHISANE, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant SOMSAK THOULY SOYINTHISANE, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing on December 17, 2012 at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing until January 14, 2013 at 8:30 a.m. The parties agree and stipulate that additional time is needed to conduct additional investigation in order to proceed with the sentencing hearing.

IT IS SO STIPULATED.

DATED: December 13, 2012         /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney

///

Soyinthisane Stipulation and Proposed Order

1

| | | |
|---|---|---|
| DATED: December 13, 2012 | | /s/ Daniel Harralson<br>DANIEL HARRALSON<br>Attorney for Defendant Soyinthisane |

O R D E R

IT IS SO ORDERED.

Dated: **December 13, 2012**          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE