HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SOMSACK THOULY SOYINTHISANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOMSACK THOULY SOYINTHISANE,<br><br>Defendant. | Case No. 1:11-cr-235 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |
|---|---|

Defendant, SOMSACK THOULY SOYINTHISANE, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 17, 2013, this Court sentenced Mr. Soyinthisane to a term of 199 months imprisonment;

3. His total offense level was 35, his criminal history category was IV, and the resulting guideline range was 235 to 293 months. He received a reduction off the low-end of the range on the government's motion;

4. The sentencing range applicable to Mr. Soyinthisane was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Soyinthisane's total offense level has been reduced from 35 to 33, and his amended guideline range is 188 to 235 months. A reduction comparable with the one he received initially produces a term of 159 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Soyinthisane's term of imprisonment to a term of 159 months.

Respectfully submitted,

Dated: July 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: July 1, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
SOMSACK THOULY SOYINTHISANE

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Soyinthisane is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 188 to 235 months. A reduction comparable to the one he received initially produces a term of 159 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2013 is reduced to a term of 159 months. In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Soyinthisane shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **July 5, 2016**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE